UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUAN DAVID DIAZ BELTRAN ,

       Plaintiff,                     Case No. 1:25−cv−01859−HYJ−PJG

   v.                             Hon. Hala Y. Jarbou

KEVIN RAYCRAFT,

       Defendant.
_____/

### ORDER

     Before the Court is Plaintiff's Notice of Voluntary Dismissal (ECF No. 2).

The Court having reviewed the notice: **IT IS ORDERED** that Plaintiff's Notice of Voluntary Dismissal (ECF No. 2) is **GRANTED**; this matter is **DISMISSED** without prejudice and without costs.

     IT IS SO ORDERED.

Dated:  December 23, 2025              /s/ Hala Y. Jarbou_____
                                    HALA Y. JARBOU
                                    Chief United States District Judge